# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSAMELDIN ISMAIL, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:22-cv-01111-KK-JPR<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF ATTORNEYS' FEES, COSTS [DKT. 63]; FINAL JUDGMENT THEREON [DKT. 64]**<br><br>Date:           January 16, 2025<br>Time:           9:30 a.m.<br>Courtroom:   3<br>Judge:          Hon. Kenly Kiya Kato |

On January 16, 2025, a hearing was held on the motion of Plaintiff ESSAMELDIN ISMAIL, on behalf of himself and Class Members, for final approval of the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement" or "Agreement") entered into between Plaintiff and Defendant AMERICAN AIRLINES, INC. ("Defendant," or "American") (Defendant and Plaintiff collectively referred to as the "Parties"), due and adequate notice has been given to the Class Members as required by this Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 62) and Setting a Final Approval Fairness Hearing Date for January 16, 2025 at 9:30 p.m. ("Preliminary Approval Order") (Dkt. No. 62) dated September 11, 2024, having considered the papers on Plaintiff's Motion for Final Approval of Class Action Settlement ("Motion for Final Approval of Settlement") and Plaintiff's Motion for Approval of Attorneys' Fees and Costs; and Memorandum of Points and Authorities in Support ("Motion for Attorneys' Fees and Costs") ("Dkt. No. 63, 64), the Settlement (Dkt. No. 60-2), and the record and proceedings herein, and having determined that the Settlement is fair, adequate, and reasonable, and otherwise being fully informed, the Court finds, concludes, and hereby orders and adjudges as follows:

1.  Plaintiff's Motion for Final Approval of Settlement, and Plaintiff's Motion for Attorneys' Fees and Costs is hereby granted.

2.  All terms used herein shall have the same meaning as given them in the Settlement.

3.  The Court has jurisdiction over the subject matter of this proceeding and over all Parties to this proceeding, including all members of the Settlement Class.

4.  The Court hereby certifies the Class of Level 1 to Level 4 Supervisors in the Technical Operations Department who worked in California at any time during the Settling Class Period (October 14, 2017 through September 11, 2024), as set forth in the Settlement Agreement, for purposes of this Settlement only.

5.  Distribution of the Class Settlement Notice directed to the Class Members as set forth in the Settlement Agreement has been completed in conformity with the

Preliminary Approval Order, including individual notice to all Class Members who could be identified through reasonable effort, and the best notice practicable under the circumstances. The Class Settlement Notice provided due and adequate notice of the proceedings and of the matters set forth in the Preliminary Approval Order, including the proposed Settlement. The Class Settlement Notice provided adequate and appropriate notice to all persons entitled to such Class Settlement Notice and therefore fully satisfied due process requirements. Except for the one individual who opted out, all members of the Class are covered by and included within the Settlement and within this Final Approval Order and Final Judgment. Any funds remaining uncashed by Settling Class Members shall escheat to the State of California as unclaimed wages under the name of the Settling Class member pursuant to the procedures set forth in the California Code of Civil Procedure Section 1300, et seq. No funds will revert back to Defendant.

6.    The Court hereby finds that the Settlement was entered into in good faith and has been reached as a result of intensive, serious, and non-collusive arm's-length negotiations. The Court further finds that Plaintiffs have satisfied the standards and applicable requirements for final approval of the Settlement under Rule 23 of the Federal Rules of Civil Procedure and California law.

7.    The Court hereby approves the Settlement and finds that the Settlement is, in all respects, fair, adequate, and reasonable, and directs the Parties to effectuate the Settlement according to its terms and provisions, and in compliance with this Final Approval Order and Final Judgment.

8.    As of the Effective Date and in exchange for the consideration, undertakings, and covenants undertaken by American in the Settlement Agreement, and to the extent permitted by applicable law, and the Settling Class hereby release, discharge, and covenant not to sue American and the Released Parties, from and with respect to any and all actions, causes of action, suits, liabilities, claims, and demands whatsoever, during the Settling Class Period, that the Settling Class, or individual members thereof, has or had against the Released Parties, or any of them, which are

alleged in the Action and/or based on the facts alleged in the Action, including without limitation, claims for violation of California Labor Code §§ 201-203, 204, 226, 226.7, 510, 512, 1194, 1197, 1197.1, 2802, and 2698; the Unfair Competition Law under Business & Professions Code §§ 17200 et seq. predicated on the foregoing; and any additional claims for penalties, wages, interest or other monies predicated on the foregoing (the "Released Claims").

9.    The Released Claims include specifically, by way of further description, but not by way of limitation, any and all claims arising out of or in any way related to any and all attorneys' fees, attorneys' costs and expenses, fines, penalties, wages, interest, restitution, liquidated damages, punitive damages, declaratory relief, and/or injunctive relief allegedly due and owing based on the factual allegations set out in the Action, whether based on statutory, regulatory, or common law (including but not limited to any such claims based on the California Labor Code, Business and Professions Code, Civil Code, Order of the Industrial Welfare Commission ("IWC"), and/or Code of Civil Procedure).

10.    "Released Parties" means Defendant and any present and former parents, subsidiaries, affiliates, related companies, predecessors, owners, shareholders, members, and their respective officers, directors, employees, representatives, insurers, and agents, attorneys, and any other successors, assigns and legal representatives and their related persons and entities

11.    The Court hereby confirms as Class Counsel, Larry W. Lee of Diversity Law Group, P.C., Edward W. Choi of Law Office of Choi & Associates, Dennis S. Hyun of Hyun Legal, APC and Justin Lo of Work Lawyers PC.

12.    The Court hereby finds the monetary settlement of $450,000.00, provided for in the Settlement Agreement to be fair, reasonable, and adequate.

13.    The Court orders Phoenix Settlement Administrators ("Phoenix") to distribute the Gross Settlement Value, including Individual Settlement Payments to the Settlement Class in accordance with the terms of the Settlement Agreement.

3

14.     The Court approves the payment of employer-side payroll taxes on the wage component of the individual settlement payments and directs Defendant to pay these amounts in accordance with the Settlement Agreement in addition to the $ 450,000.00 Gross Settlement Value.

15.     The Court further approves the payment of $7,000.00 to Phoenix for the claims administration costs. The payment authorized by this paragraph shall be made in accordance with the terms of the Settlement Agreement.

16.     Under the terms of the Settlement and the authorities, evidence, and argument set forth in Class Counsel's application, an award of attorneys' fees in the amount of $150,000.00 (equal to 33 1/3% of the Gross Settlement Value), and for costs and expenses in the amount of $6,538.69, as final payment for and complete satisfaction of any and all attorneys' fees and costs incurred by and/or owed to Class Counsel is hereby granted. The Court finds that Class Counsel's request is fair and reasonable, and that the results achieved justify the award. The payment of fees and costs to Class Counsel shall be made in accordance with the terms of the Settlement.

///

///

///

///

///

///

///

///

///

///

///

///

17.     Upon satisfaction of all payments and obligations in the Settlement Agreement, this Action is hereby dismissed with prejudice. The Court shall have and retain continuing jurisdiction over the Action and over all Parties and Settlement Class to the fullest extent necessary or convenient solely to address, enforce, and effectuate the terms of the Settlement and this Final Approval Order and Final Judgment as follows: (i) the interpretation and enforcement of the terms of the Settlement and the Final Approval Order and Final Judgment; (ii) Settlement administration matters; and (iii) such post-Final Judgment matters as may be appropriate under court rules or set forth in the Settlement and/or this Final Approval Order and Final Judgment.  If the Settlement does not become final and effective in accordance with its terms, this Final Approval Order and Final Judgment and all orders entered in connection herewith, shall be vacated and shall have no further force or effect.

**IT IS SO ORDERED AND ADJUDGED**.

Dated:  February 5, 2025

_____
HON. KENLY KIYA KATO
U.S. DISTRICT COURT JUDGE

5